AO 240 (1/94)

# United States District Court

_____ DISTRICT OF _____

Kevin M Long SR

Plaintiff

v.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 03-30313-MAP

I, Kevin M Long SR _____ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  [✓] Yes   [ ] No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration Franklin County JAI 160 Elm St Greenfield MA 01301

    Are you employed at the institution? No   Do you receive any payment from the institution? ____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [✓] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. December 2001
    $24,635 Gross year   Consumer Product Distributors Inc   J Polep
    PO Box 4768   501 Meadow St
    Springfield MA 01101   Chicopee MA

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment   [ ] Yes   [✓] No
    b. Rent payments, interest or dividends            [ ] Yes   [✓] No
    c. Pensions, annuities or life insurance payments  [ ] Yes   [✓] No
    d. Disability or workers compensation payments     [ ] Yes   [✓] No
    e. Gifts or inheritances                           [✓] Yes   [ ] No
    f. Any other sources                               [ ] Yes   [✓] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. Money from a ex girlfriend, a cousin and a aunt

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____          _____
DATE                                              SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __.88__ on account to his/her credit at (name of institution) _FRANCKLIN County House of Collection_. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ _see attached_.

_11/3/03_                _Norma J Fawett_
DATE                    SIGNATURE OF AUTHORIZED OFFICER

Date : 11/03/2003  
Time : 12:34

## Account Activity Ledger
### From: 06/12/2003 To: 11/03/2003

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** LONG | **Name** LONG, KEVIN | | | **Block** JAILM | | | | |
| Initial Entry | 06/12/2003 | 07:38 | B#32298 | D | | 0.00 | | 0.00 |
| galvin june 25 pospe | 06/12/2003 | 07:41 | B#32299 | D | | 250.00 | | 250.00 |
| Sales Transaction | 06/12/2003 | 13:31 | I#60074 | I | 49.90 | | | 200.10 |
| Sales Transaction | 06/16/2003 | 10:21 | I#60120 | I | 27.83 | | | 172.27 |
| ck#3709 to dorothy g | 06/16/2003 | 14:44 | B#32313 | W | | | -100.00 | 72.27 |
| Sales Transaction | 06/19/2003 | 13:39 | I#60239 | I | 17.37 | | | 54.90 |
| newspapers | 06/23/2003 | 09:55 | B#32332 | W | | | -6.00 | 48.90 |
| Sales Transaction | 06/23/2003 | 10:53 | I#60254 | I | 15.56 | | | 33.34 |
| Sales Transaction | 06/27/2003 | 13:39 | I#60391 | I | 3.00 | | | 30.34 |
| Sales Transaction | 06/30/2003 | 09:11 | I#60399 | I | 20.89 | | | 9.45 |
| 7/6/03 newspaper | 07/07/2003 | 09:31 | B#32377 | W | | | -1.50 | 7.95 |
| Sales Transaction | 07/18/2003 | 13:21 | I#60781 | I | 3.00 | | | 4.95 |
| newspaper 7/20/03 | 07/21/2003 | 08:56 | B#32439 | W | | | -1.50 | 3.45 |
| 7/27/03 newspaper | 07/28/2003 | 09:09 | B#32471 | W | | | -1.50 | 1.95 |
| Sales Transaction | 08/13/2003 | 10:08 | I#61347 | I | 1.50 | | | 0.45 |
| O JENNEY 119 FRANKLI | 10/13/2003 | 07:44 | B#32806 | D | | 10.00 | | 10.45 |
| Sales Transaction | 10/14/2003 | 08:37 | I#62775 | I | 5.65 | | | 4.80 |
| Sales Transaction | 10/20/2003 | 13:03 | I#62939 | I | 0.53 | | | 4.27 |
| Sales Transaction | 10/21/2003 | 10:36 | I#62964 | I | 1.89 | | | 2.38 |
| Sales Transaction | 10/31/2003 | 13:05 | I#63221 | I | 1.50 | | | 0.88 |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 3 | For $ | 260.00 |
| **Withdraws** | 5 | For $ | -110.50 |
| **Invoices** | 12 | For $ | 148.62 |