# United States District Court
## District of Massachusetts

| | |
|---|---|
| KEVIN M. LONG, SR., ) | |
| Plaintiff ) | ORDER ON APPLICATION |
| ) | TO PROCEED WITHOUT |
| v. ) | PREPAYMENT OF FEES |
| ) | |
| FRED McDONALD, Individually, and in ) | |
| capacity as Public Official of the ) | |
| Franklin County House of Corrections, ) | |
| Defendant ) | Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

:    GRANTED.

   :    The clerk is directed to file the complaint.

   :    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

9    DENIED, for the following reasons:

_____

ENTERED on   December 23, 2003  .

                                               /s/ Kenneth P. Neiman
                                             KENNETH P. NEIMAN
                                             U.S. Magistrate Judge