UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN LONG<br><br>                Plaintiff,<br>v.<br>FRED MACDONALD<br>                Defendant. | CIVIL ACTION<br>NO. 03-30313-MAP |

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the Defendant FRED MACDONALD in the above-entitled action.

                                      Respectfully submitted,
                                      Commonwealth of Massachusetts
                                      By Its Attorney,

                                      THOMAS F. REILLY
                                      ATTORNEY GENERAL

                                      _____
                                      William P. O'Neill  BBO#379745
                                      Assistant Attorney General
                                      Western Massachusetts Division
                                      1350 Main Street
                                      Springfield, MA 01103-1629
                                      (413)784-1240 FAX: 784-1244