UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN LONG

V.

FRED MCDONALD

CA NO: 03-30313-MAP

ORDER

December 8, 2004

Pursuant to the provisions of Local Rule 4.1 and F.R. Civ. P. 4(m), the above captioned case is dismissed for failure of the plaintiff to file returns of service within 120 days of the filing of the complaint.

It is so ordered.

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE