**Case Name: Long v. McDonald**

**Case Number: 3:03-cv-30313**

Kevin M. Long
629 Randall Road
Ludlow, MA 01056

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



KEVIN LONG

V.  CA NO:  03-30313-MAP

FRED MCDONALD

ORDER

December 8, 2004

Pursuant to the provisions of Local Rule 4.1 and F.R. Civ. P. 4(m), the above captioned case is dismissed for failure of the plaintiff to file returns of service within 120 days of the filing of the complaint.

It is so ordered.

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE